UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-CV-22462-UNGARO/O'SULLIVAN

CIRCUITRONIX, LLC,

    Plaintiff,

v.

SHENZHEN KINWONG ELECTRONIC
CO., LTD., and KINWONG ELECTRONIC
(HONG KONG) CO., LTD.,

    Defendants.
_____/

## PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

Plaintiff, Circuitronix, LLC, ("CTX"), pursuant to Federal Rule of Evidence 201, requests the Court to take judicial notice of currency exchange rates between the Euro and U.S. Dollar, as well as the Chinese Yuan and the U.S. Dollar.

The sales revenue depicted in Defendants' answers to interrogatories, as well as in several trial exhibits, are stated in Euro and Chinese Yuan currencies. As such, in order to convert the amounts into U.S. Dollars, the Court should take judicial notice of the exchange rates for each currency.

A court should take judicial notice of facts that are "not subject to reasonable dispute in that [they are] either: (i) generally known within the territorial jurisdiction of the trial court or (ii) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Courts routinely take judicial notice of the exchange rates of foreign currencies with the U.S. Dollar. *See Deutsch Hollandische Tabakgesellschaft mBH & Co., KG v. Trendsettah USA, Inc.*, 2018 WL 2572942, at *3(C.D. Cal.

Apr. 30, 2018) (taking judicial notice of exchange rates between the Euro and the U.S. Dollar); *United States v. Jabar*, 2017 WL 4276652, at *14 n. 4 (W.D.N.Y. Sept. 27, 2017) (taking judicial notice of the U.S. Department of the Treasury Reporting Rate of Exchange to calculate exchange rate at the end of each fiscal quarter); *Krystal v. China United Transport, Inc.*, 2017 WL 4339343, at *2 (C.D. Cal. Sept. 26, 2017) (taking judicial notice of exchange rates between the Chinese Yuan and the U.S. Dollar); *HostLogic Zrt. v. GH Int'l, Inc.*, 2014 WL 2968279, at *9 (M.D. Fla. June 30, 2014) (taking judicial notice of exchange rates between the Euro and the U.S. Dollar); *Landaeta v. Century Grand I,* LLC, 2011 WL 13223570, at *5 n.2 (S.D. Fla. June 2, 2011) (taking judicial notice of exchange rates pursuant to Fed. R. Evid. 201); *Rojas Mamani v. Sanchez Berzain*, 636 F. Supp. 2d 1326, 1333 n.4 (S.D. Fla. 2009) (same); *In re New Motor Vehicles Canadian Export Antitrust Litig.*, 522 F.3d 6, 15 n.10 (1st Cir. 2008) (same). Judicial notice is appropriate for information obtained from government websites. *See Deutsch Hollandische*, 2018 WL 2572942 at *3.

The historical quarterly exchange rates for both the Euro and the Chinese Yuan are available through the U.S. Department of the Treasury Reporting Rate of Exchange.[1] *See* Treasury Reporting Rates of Exchange, https://fiscal.treasury.gov/reports-statements/treasury-reporting-rates-exchange/historical.html (last visited February 18, 2019). Because calculating the daily exchange rate for every sale would be an "Herculean task", the use of average yearly exchange rates covering the relevant time period is acceptable. *See e.g., United States v. Cusumano*, 2015 WL 10324107, at *3 (N.D. Fla. 2015); *Rojas Mamani*, 636 F. Supp. 2d at 1329.

---

[1] On the Department of Treasury Reports, the rate for the Chinese Yuan is listed under the Chinese Renminbi.

The average yearly exchange rate for the Euro from 2008 – present is set forth below:

| Average Yearly Exchange Rate | | |
|---|---|---|
| Year | Euro (EUR) | Chinese Yuan (CYN) |
| 2008 | 0.67875 | 6.93050 |
| 2009 | 0.72275 | 6.83150 |
| 2010 | 0.77825 | 6.77125 |
| 2011 | 0.72875 | 6.43600 |
| 2012 | 0.77275 | 6.29550 |
| 2013 | 0.75400 | 6.13100 |
| 2014 | 0.76850 | 6.17475 |
| 2015 | 0.90900 | 6.31175 |
| 2016 | 0.90575 | 6.67725 |
| 2017 | 0.87325 | 6.70425 |
| 2018 | 0.85100 | 6.66175 |

Accordingly, CTX requests that the Court take judicial notice of the exchange rates for each currency.

### Certificate of Good Faith Conference

Pursuant to Local Rule 7.1.A.3, CTX's counsel certifies that the parties conferred in a good faith effort to resolve the issues raised in the Request, but were unable to do so.

Dated: February 18, 2019

*s/ Alan Rosenthal*
Alan Rosenthal
arosenthal@carltonfields.com
Natalie J. Carlos
ncarlos@carltonfields.com
Carlton Fields

3

4

Suite 4200, Miami Tower
100 S.E. Second Street
Miami, FL  33131
Telephone:	(305) 530-0050
Facsimile:	(305) 530-0055

Chauncey D. Cole IV
chauncey.cole@coletrial.com
Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
Telephone:	(786) 497-7053

*Attorneys for Plaintiff, Circuitronix, LLC*

4