## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:17–CV–22462–UNGARO/O'SULLIVAN

CIRCUITRONIX, LLC,

      Plaintiff,

v.

SHENZHEN KINWONG ELECTRONIC
CO., LTD., and KINWONG ELECTRONIC
(HONG KONG) CO., LTD.,

      Defendants.

_____/

### DEFENDANTS' LIMITED RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION REQUESTING DISBURSEMENT OF FUNDS HELD IN COURT REGISTRY

      Defendants Shenzhen Kinwong Electronic Co., Ltd. and Kinwong Electronic (HongKong) Limited (collectively, "Kinwong" or "Defendants") respectfully submit this limited response in opposition to the Motion Requesting Disbursement of Funds Held in Court Registry [D.E. 416] (the "Motion") filed by Plaintiff Circuitronix, LLC ("CTX").

      Kinwong does not oppose CTX's request for the Clerk of Court to disburse the following amounts to CTX from the two appeal bonds posted by Kinwong and currently held in the Court Registry totaling $1,258,590.88: the final judgment entered on June 6, 2019 ($1,006,832.00), prejudgment interest ($137,341.53), and post-judgment interest accrued through the date of this filing, June 4, 2021, on those two amounts ($52,102.84),[1] totaling $1,196,276.37 to be disbursed to CTX.  Rather, Kinwong simply requests that the balance of those two appeal bonds left over

---

[1] The post-judgment interest listed in this Response includes three additional days of interest at the agreed-to interest rate of 2.28%, or $71.47 per day, *see* Mot. ¶ 3, to account for the three days that have passed since CTX filed its Motion on June 1, 2021.

from the disbursement to CTX be simultaneously disbursed back to Kinwong in a check made payable to its counsel's trust account as follows: "Greenberg Traurig, P.A. Trust Account".

Kinwong posted the two appeal bonds at issue (i) on August 19, 2019 in the amount of $1,107,515.20 to stay execution of the final judgment, *see* [D.E. 335], and (ii) on September 2, 2020 in the amount of $151,075.68 to stay execution of prejudgment interest on the final judgment, *see* [D.E. 391], totaling $1,258,590.88. Kinwong thus hereby respectfully requests that, when the agreed-to amount of $1,196,276.37 is disbursed to CTX, the remainder of the bond funds in the amount of $62,314.51 be disbursed back to Kinwong.

## **CONCLUSION**

For the foregoing reasons, the amount of $62,314.51 from the two relevant appeal bonds should be disbursed to Kinwong.

Dated:  June 4, 2021                                    Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Counsel for Defendants Shenzhen Kinwong*
*Electronic Co., Ltd. and Kinwong Electronic*
*(HongKong) Limited*
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579–0500
Facsimile: (305) 579–0717

By: ___/s/ *David A. Coulson*_____
     DAVID A. COULSON
     Florida Bar No. 176222
     Email: coulsond@gtlaw.com
     MARK A. SALKY
     Florida Bar No. 058221
     Email: salkym@gtlaw.com
     JAMES E. GILLENWATER
     Florida Bar No. 1013518
     Email: gillenwaterj@gtlaw.com
     ANGELA A. KORGE
     Florida Bar No. 125419
     Email: korgea@gtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of June, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Angela A. Korge*

Angela A. Korge

## SERVICE LIST

*Circuitronix, LLC v. Shenzhen Kinwong Electronic Co., Ltd., et al.*

**CASE NO.: 1:17–CV–22462–UNGARO/O'SULLIVAN**
**United States District Court, Southern District of Florida**

*Counsel for Plaintiff*:

CHAUNCEY D. COLE, P.A.
Chauncey D. Cole, Esq.
9100 South Dadeland Blvd., Suite 1553
Miami, Florida 33156
Tel: (305) 372–1800
E–mail: chauncey.cole@coletrial.com

PODHURST ORSECK, P.A.
Stephen Frederick Rosenthal
SunTrust International Center
1 SE 3rd Avenue, Suite 2700
Miami, Florida 33131–1715
Tel: (305) 358–2800
Facsimile: (305) 358–2382
E–mail: srosenthal@podhurst.com